DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARIM THOMAS,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D18-187

[January 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2013CA016608XXXMB.

Michael Alex Wasylik of Ricardo & Wasylik, PL, Dade City, for appellant.

Sara F. Holladay-Tobias, Emily Y. Rottmann, and C.H. Houston III of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***